UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Destiny Strudwick and Yasmin Geurts,

                                        Plaintiffs,

              -against-

The City of New York, Officer Risel Martinez, Officer Luis Negron, Captain Tarik Sheppard, Police Officer John Does #1-5, John Does #1-4,

                                        Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21-cv-02236 (PKC) (RLM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       July 22        , 2022

| | |
|---|---|
| LIAKAS LAW<br>*Attorneys for Plaintiff*<br>65 Broadway, 13th Floor<br>New York, New York 10006<br>212-937-7765 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendant City of New York,*<br>  *Police Officer Risel Martinez, Police*<br>  *Officer Luis Negron, and Captain Tarik*<br>  *Sheppard*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *[signature]*<br>Paul V. Prestia<br>*Attorney for Plaintiff* | By: *[signature]*<br>Giancarlo S. Vecchiarelli<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICTJUDGE

Dated: _____, 2022